103 A.3d 264

LIBERTY HOUSE NURSING HOME OF JERSEY CITY, INC., D/B/A LIBERTY HOUSE NURSING HOME, PLAINTIFF–APPELLANT, v. GRE JERSEY CITY, INC., DEFENDANT–RESPONDENT.

May 20, 2014.

It is ORDERED that the within appeal is dismissed.